Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone:	(702) 820-0000
Facsimile:	(702) 820-1111
E-mail:	josh@bensonallred.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARREN RUTHERFORD, individually, | CASE NO.:   2:21-cv-02021-JCM-EJY |
| Plaintiff, | |
| vs. | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, an insurance company; DOES I-V, and ROE CORPORATIONS VI - X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff DARREN RUTHERFORD, by and through his counsel of record Joshua L. Benson, Esq., of the law office of BENSON ALLRED INJURY LAW, and Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, by and through its counsel of record John T. Keating, Esq., of KEATING LAW GROUP, hereby submit the following Stipulation and Order:

///

///

///

///

///

///

///

///

-1-

THE PARTIES HEREBY STIPULATE AND AGREE that Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be filed and served no later than September 27, 2022.

| | |
|---|---|
| Dated this 13th day of September, 2022. | Dated this 13th day of September, 2022. |
| BENSON ALLRED INJURY LAW | KEATING LAW GROUP |
| By: /s/ *Joshua Benson* <br> Joshua L. Benson, Esq. <br> Nevada Bar No. 10514 <br> 6250 N. Durango Drive <br> Las Vegas, Nevada 89149 <br> *Attorneys for Plaintiff* | By: /s/*John Keating* <br> John T. Keating, Esq. <br> Nevada Bar No. 6373 <br> 9130 W. Russell Rd., Suite 200 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant* |

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 15, 2022

Submitted by:

BENSON ALLRED INJURY LAW

/s/ Joshua Benson
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*