JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN RUTHERFORD, individually, | CASE NO.  :   2:21-cv-02021-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, an insurance company; DOES I-V, individually; ROE CORPORATIONS VI-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 11th day of October 2022.

**K E A T I N G** LAW GROUP


_/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

DATED this 11th day of October 2022.

BENSON ALLRED


_/s/Joshua Benson_____
JOSHUA BENSON
Nevada Bar No.: 10514
6250 N. Durango Drive
Las Vegas, Nevada 89149
Attorney for Plaintiff

**K E A T I N G** LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

Rutherford v. Progressive
Case No.: 2:21-cv-02021-JCM-EJY
Stipulation and Order to Dismiss

**ORDER**

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED October 12, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

_/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

2